# EXHIBIT C

## Schedule I

**Carmen Crest Receivership**
Expenses Incurred
Inception to 6-17-22

| Description | Vendor | Amount |
|---|---|---:|
| Plumber | DMC Plumbing | $ 4,839 |
| Plumber - Miracle Plumbing | Miracle Plumbing | 2,000 |
| Appraisal | Real Works Associates | 1,650 |
| Gardner | Juan Antonio | 1,575 |
| Title Report | Old Republic Title | 1,500 |
| Pool Maintenance | LA Aquatic Services | 1,080 |
| Locksmith on 1st Day | Midway Locksmith | 585 |
| Vertical Garden | Vertical Garden Solutions | 500 |
| Security on 1st Day | Mega Group Investigations | 380 |
| Locksmith - Car Lift - | 307 QM (Moti) | 375 |
| Locksmith Rekey to match front door | 307 QM (Moti) | 350 |
| Floor Plan | R.E.S.T | 320 |
| Housekeeper | TBD | 250 |
| Bond |  | 120 |

$ 15,524

**Carmen Crest Receivership**
Monthly Expenses Estimated

| Description | Vendor | Amount |
|---|---|---:|
| Pool | LA Aquatic Services | $ 550 |
| Gardner | Juan Antonio | 525 |
| Plant Wall | Vertical Garden Solutions | 250 |
| Exterminator | TBD | 100 |
| Internet | Spectrum | 100 |
| Water and Electricity | LADWP | 500 |
| Gas | The Gas Company | 50 |
| Housekeeper | Maria H. | 400 |
| Alarm Monitoring | X Tech | 100 |

$ 2,575