# EXHIBIT D

# B|RILEY
## Advisory Services

*Formerly known as GlassRatner Advisory & Capital Group LLC*

May 10, 2022                                                                                              Invoice # :    59234

JONATHAN JORDAN  
KING & SPALDING  
1180 PEACHTREE ST NE  
STE. 1600  
ATLANTA GA 30309

In Reference To: **Carman Crest Dr, Los Angeles, Receivership**

For professional services rendered during the period  April 1, 2022    through    April 30, 2022

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Mike Issa | 24.60 | 575.00 |
| A. Marker Smith | 2.10 | 375.00 |
| Jonathan Wernick | 19.30 | 435.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 46.00 | $23,328.00 |

**Out-of-Pocket Expenses:**

| | |
|---|---|
| Bond | 120.00 |
| Contract services | 380.00 |
| Miscellaneous | 585.00 |
| Total expenses | $1,085.00 |
| Total amount of this bill | $24,413.00 |
| Previous balance | $1,650.00 |
| Balance due | $26,063.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.    Tax ID Number:  83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*  
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804 | www.brileyfin.com

Exhibit D  
19

**Professional Services Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 4/1/2022 | M. Issa | calls with broker | 0.70 |
| 4/5/2022 | J. Wernick | Arrangements with Sheriff and Locksmith. Read court documents. | 3.00 |
| | M. Issa | call with counsel | 0.50 |
| | M. Issa | arrange for locksmith, security, law enforcement | 0.60 |
| 4/6/2022 | J. Wernick | On-site at residence to change locks, take photos, and walk-through site. | 3.00 |
| | M. Issa | site visit to key the house and show to a broker candidate. Interview the tenant and gather info re: lease | 6.00 |
| 4/7/2022 | J. Wernick | Organize photos of site visit. | 0.80 |
| | M. Issa | research comps. emails to counsel and broker re: comps | 1.20 |
| 4/8/2022 | M. Issa | | 0.80 |
| 4/11/2022 | J. Wernick | Review correspondence and arrange for 3rd real estate agent | 1.00 |
| | M. Issa | calls/emails with broker | 0.70 |
| | M. Issa | call with lender and counsel | 0.80 |
| 4/13/2022 | A. Marker S | Call with M. Issa. Review emails. Prepare Draft of tracking documents. | 2.10 |
| | J. Wernick | Review correspondence and arrange for 3rd real estate agent | 1.00 |
| | M. Issa | calls/emails with potential buyer | 0.40 |
| | M. Issa | emails w JW re: Ambruso and/or atty | 0.50 |
| 4/14/2022 | J. Wernick | Review correspondence and arrange for 3rd real estate agent | 1.00 |
| | M. Issa | deal with attys/brokers re: issues with tenant occupancy | 0.50 |
| 4/15/2022 | J. Wernick | Review correspondence and arrange for 3rd real estate agent | 1.00 |
| | M. Issa | review brokers' marketing proposal and comps | 0.50 |
| 4/16/2022 | M. Issa | calls/emails brokers re: comps | 0.30 |
| 4/18/2022 | J. Wernick | Meet real estate agent and tour home and discuss requirements of expected deliverables. | 2.00 |
| | M. Issa | calls/emails with Altman re: Broker Price Opinion and comps | 0.40 |
| 4/20/2022 | J. Wernick | Arrange to meet pool maintenance professional and then meet him at the location. Extra time because the pool maintenance professional needed to leave in the middle of service and come back with extra chemicals to address maintenance lapse. | 3.50 |
| | M. Issa | calls/emails re: house measurment, appraisal and comps | 0.70 |
| | M. Issa | work with brokers on BPO and maitenance | 1.20 |
| 4/21/2022 | J. Wernick | Arrange and meet a representative of a service company to take measurements of the property. | 3.00 |
| 4/26/2022 | M. Issa | review comps and Broker's Price Opinions | 1.70 |
| 4/27/2022 | M. Issa | emails re: plumbing/pool/clean up | 0.30 |
| | M. Issa | Call with Mike Leslie | 0.50 |
| 4/28/2022 | M. Issa | emails re: review of comps | 0.50 |
| 4/29/2022 | M. Issa | research comps for Lender and compose analysis | 0.30 |
| | M. Issa | calls/emails with plumber | 0.30 |
| | M. Issa | calls with appraiser | 0.40 |
| | M. Issa | prep for Reid-summary of comps and comments | 2.40 |
| | M. Issa | research comps for Lender and compose analysis | 2.40 |

GlassRatner Advisory & Capital Group LLC

Exhibit D
20