# EXHIBIT E

# B|RILEY
## Advisory Services

*Formerly known as GlassRatner Advisory & Capital Group LLC*

June 21, 2022            Invoice # : 59431

JONATHAN JORDAN
KING & SPALDING
1180 PEACHTREE ST NE
STE. 1600
ATLANTA GA 30309

In Reference To: **Carman Crest Dr, Los Angeles, Receivership**

For professional services rendered during the period  May 1, 2022  through  May 31, 2022

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---:|---:|
| Mike Issa | 18.20 | 575.00 |
| Jonathan Wernick | 25.40 | 435.00 |
| Josh Kreisman, CPA, CA | 15.00 | 325.00 |
| Ryan Gustafsen | 2.90 | 295.00 |

|  | Hours | Amount |
|---|---:|---:|
| Total Professional Service Fees | 61.50 | $27,244.50 |

**Out-of-Pocket Expenses:**

| | |
|---|---:|
| Meals | 50.00 |
| Miscellaneous | 725.00 |
| Pacer charges | 1.10 |
| Total expenses | $776.10 |
| Previous balance | $26,063.00 |
| Balance due | $54,083.60 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.  Tax ID Number: 83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804  | www.brileyfin.com

Exhibit E
21

**Professional Services Detail**

|  |  |  | Hours |
|---|---|---|---:|
| 5/1/2022 | J. Wernick | Meet Appraiser at the property | 3.00 |
|  | M. Issa | emails re: plumbing problem, tenant, and appraiser | 0.30 |
| 5/2/2022 | J. Wernick | Call with Reid and Leslie to review broker selections. | 0.60 |
|  | M. Issa | call with Reid and Leslie | 0.60 |
|  | M. Issa | calls/work on broker analysis/selection | 0.80 |
| 5/3/2022 | J. Wernick | Arrange to meet Tenant, conduct walk through and collect keys. | 3.00 |
|  | M. Issa | emails re: plumbing/pool/clean up | 0.30 |
|  | M. Issa | emails re: tenant move out, key exchange, release from tenant | 0.40 |
| 5/4/2022 | M. Issa | emails. legal counsel re: tenant move-out and release | 0.30 |
|  | M. Issa | emails Wernick re: open items, pool maint, missing key, release from tenant | 0.30 |
|  | M. Issa | admin of tenant/valuation/ comps | 0.60 |
| 5/5/2022 | J. Wernick | Follow up on the floor plan report prep, appraisal, rental agent and plumber, read correspondence and prepare updates. | 1.00 |
|  | J. Wernick | Arrange to meet housekeeper and arrange for steam cleaning | 2.50 |
|  | M. Issa | follow-up on drawings/measurement of home | 0.20 |
|  | M. Issa | emails re: scope and details of release from exiting tenant | 0.30 |
| 5/6/2022 | J. Wernick | Follow up on the floor plan report prep, appraisal, rental agent and plumber, read correspondence and prepare updates. | 1.00 |
|  | M. Issa | received adn reviewed floor plan drawing and measurement of home | 0.30 |
| 5/9/2022 | J. Wernick | Review correspondence related to maintenance and broker selections. | 0.60 |
|  | M. Issa | emails re: delivery of appraiser and cleaning of home | 0.20 |
| 5/11/2022 | J. Wernick | On-Site plumbing review. | 2.50 |
|  | M. Issa | review bank statements from Ambruso | 0.30 |
|  | M. Issa | deal with plumbing issues | 0.30 |
| 5/12/2022 | M. Issa | emails re: plumbing issues | 0.20 |
|  | M. Issa | work on plumbing and water | 0.30 |
|  | M. Issa | review comps with broker candidates. | 0.60 |
|  | M. Issa | review Ambruso bank statements | 0.80 |
|  | M. Issa | review appraisal | 1.20 |
| 5/16/2022 | M. Issa | review bank statements from Ambruso | 0.40 |
|  | M. Issa | call with Mike Leslie | 0.40 |
|  | M. Issa | received and reviewed appraisal | 1.10 |
| 5/18/2022 | M. Issa | emails/calls re: water/plumbing/landscaping | 0.20 |
| 5/20/2022 | J. Wernick | Broker Interview. | 0.50 |
|  | M. Issa | emails re: ;isting agreement | 0.20 |
|  | M. Issa | emails with legal counsel re: bank statements adn Fink response to inquiry | 0.20 |
|  | M. Issa | interview brokers | 1.70 |
| 5/23/2022 | J. Wernick | Obtain and distribute release from short-term Tennant. | 0.50 |
|  | J. Wernick | Prepare a schedule of expenses incurred to date and estimate of monthly recurring expenses. | 1.50 |
|  | M. Issa | review lists of exps to date; monthly Estate planning of ongong exps; expenses/property mgmt | 0.30 |
|  | M. Issa |  | 0.50 |
|  | M. Issa | review listing agreement and provide comments to counsel | 0.80 |
| 5/24/2022 | J. Wernick | Meet the selected real estate agent at the property. Conduct walkthrough and present key. | 3.50 |
|  | M. Issa | review addtl bank statements from Ambruso | 0.30 |
| 5/25/2022 | J. Kreisman | Bank statement analysis (Odin Group and Ambruso). | 5.10 |
|  | J. Wernick | Correspondence with lender regarding expenses incurred to date. | 0.50 |
|  | J. Wernick | Call with Lender and Michael Leslie to go over status. | 0.70 |
|  | J. Wernick | Bank Statement Review and Analysis. | 1.00 |
|  | M. Issa | call with Lender and counsel | 0.40 |
|  | M. Issa | Zoom call with parties re: strategy | 0.50 |
|  | M. Issa | review bank statements | 0.70 |
| 5/26/2022 | R. Gustafsen | Bank Statement Database QC Review | 2.90 |
|  | J. Kreisman | Bank statement analysis and categorization. | 4.10 |
|  | J. Wernick | Bank Statement Review and Analysis. | 1.00 |
|  | M. Issa | emails re: plumbing/pool/clean up | 0.30 |
|  | M. Issa | edit listing agreement | 0.50 |
|  | M. Issa | edit listing agreement | 0.50 |

|  |  |  | | Hours |
|---|---|---|---|---:|
| 5/27/2022 | J. Kreisman | Continued bank statement analysis. | | 3.10 |
|  | J. Wernick | Bank Statement Review and Analysis. | | 1.50 |
|  | M. Issa | review and comment on first week launch from broker | | 0.30 |
|  | M. Issa | listing agreement and bank statement conversion review | | 0.60 |
| 5/31/2022 | J. Kreisman | Bank statement categorizations (checks). | | 2.70 |
|  | J. Wernick | Call with Jim Fasbender of Parking Automation Systems to address mechanical issues related to the car lift. | | 0.50 |