**LAW OFFICES OF STEVEN A. FINK**
STEVEN A. FINK SBN 93762
13 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: (949) 706-5900
Facsimile: (949) 706-5901
sfink@stevefinklaw.com
Attorneys for Defendants Adam Ambruso; Adam Ambruso
as Trustee of the Adam Ambruso Revocable Living Trust; Odin Group, LLC

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 54 DYER LP, a Colorado Limited Parnership<br><br>Plaintiff,<br>vs.<br><br>ADAM AMBRUSO, Individually; ADAM AMBRUSO, as Trustee of the ADAM AMBRUSO REVOCABLE LIVING TRUST; ODIN GROUP, LLC; and DOES 1-10, inclusive,<br><br>Defendants, | Case No. 2:21-CV-09306-SVW-SK<br><br>*[The Hon. Stephen V. Wilson]*<br><br>**NOTICE OF LODGING [PROPOSED] ORDER ON MOTION TO SET ASIDE DEFAULT**<br><br>**Date:** AUGUST 15, 2022<br>**Time:** 1:30 p.m.<br>**Courtroom:** 10A |

**To all interested parties:**

Please take notice that attached as Exhibit "A" is a true and correct copy of the (Proposed) Order on Motion to Set Aside Default submitted on August 7, 2022.

49076                                                                  1
**NOTICE OF LODGING [PROPOSED] ORDER ON MOTION TO SET ASIDE DEFAULT**

Dated: August __ 2022          By:__/s/_____
                                  Steven A. Fink, Esq
                                   Attorney for Defendants

**EXHIBIT "A"**

**LAW OFFICES OF STEVEN A. FINK**
STEVEN A. FINK SBN 93762
13 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: (949) 706-5900
Facsimile: (949) 706-5901
sfink@stevefinklaw.com
Attorneys for Defendants Adam Ambruso; Adam Ambruso
as Trustee of the Adam Ambruso Revocable Living Trust; Odin Group, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 54 DYER LP, a Colorado Limited Parnership,<br><br>Plaintiff,<br>vs.<br><br>ADAM AMBRUSO, Individually; ADAM AMBRUSO, as Trustee of the ADAM AMBRUSO REVOCABLE LIVING TRUST; ODIN GROUP, LLC; and DOES 1-10, inclusive,<br><br>Defendants, | Case No. 2:21-CV-09306-SVW-SK<br><br>*[The Hon. Stephen V. Wilson]*<br><br>**[PROPOSED] ORDER ON MOTION TO SET ASIDE DEFAULT**<br><br>**DATE:** AUGUST 15, 2022<br>**TIME:** 1:30 P.M.<br>**COURTROOM:** 10A |

Defendants' Motion to Set Aside Default came on regularly for hearing on August 15, 2022 in the above-referenced Court. Plaintiff appeared by and through its attorneys of record, King & Spalding LLP and Defendants appeared by and through their attorney of record, Steven A. Fink.

The Court, having reviewed the moving, opposition and reply papers and the

49076                                                                2
**[PROPOSED] ORDER ON MOTION TO SET ASIDE DEFAULT**

arguments of counsel, issued the following orders:

1. The Motion to Set Aside Default is granted.
2. The Answer (Docket 68-2 is deemed filed and served.

Dated:  August __ 2022            By:__ _____
                                     Stephen V. Wilson
                                     United States District Court Judge

LAW OFFICES OF STEVEN A. FINK
3 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
(949) 706-5900

49076                                    3

**[PROPOSED] ORDER ON MOTION TO SET ASIDE DEFAULT**