1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 54 DYER LP, a Colorado Limited Partnership,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ADAM AMBRUSO, Individually; ADAM AMBRUSO, as Trustee of the ADAM AMBRUSO REVOCABLE LIVING TRUST; ODIN GROUP, LLC; and DOES 1- 10, inclusive,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-09306-SVW<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SALE OF RECEIVERSHIP PROPERTY**<br><br>*The Hon. Stephen V. Wilson*<br><br>Complaint Filed: November 30, 2021<br>Receiver Appointed: March 31, 2022<br><br>Defendants' Default Entered: April 8, 2022<br><br>Noticed Hearing Date: April 3, 2023, 1:30 p.m.<br><br>Shortened Hearing Date Sought for Motion to Approve Sale: March 20, 2023, 1:30 p.m. |

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF
SALE OF RECEIVERSHIP PROPERTY

Before the Court is a motion jointly filed by J. Michael Issa (the "Receiver") and Plaintiff 54 Dyer, LP ("54 Dyer") to approve the sale of the Receivership Property in accordance with the terms of the Buyer's February 27, 2023 Residential Purchase Agreement (the "RPA"), attached to the Declaration of J. Michael Issa as **Exhibit A**, the Receiver's February 28, 2023 Counter Offer ("Receiver Counter Offer"), attached to the Declaration of J. Michael Issa as **Exhibit B**, and the Buyer's February 28, 2023 Counter Offer ("Buyer Counter Offer"), attached to the Declaration of J. Michael Issa as **Exhibit D.**

Having reviewed the Receiver's and 54 Dyer's Motion to Approve the Sale of Receivership Property and accompanying papers, and for good cause shown, it is hereby **ORDERED** as follows:

1. The Court approves the sale of the Property according to the terms of the February 27, 2023 RPA, the Receiver's February 28, 2023 Counter Offer, and the Buyer's February 28, 2023 Counter Offer.

2. The sales price of $5,200,000 is a fair and reasonable valuation of the Property, given all of the circumstances in this matter.

3. Escrow is to close on March 26, 2023.

4. Upon payment of the purchase price into escrow according to the escrow instructions, title to the Property is hereby ordered to be transferred from Odin Group LLC to the Buyer: Sanjay and Sudha Anand, trustees of the Anand Family Trust Dated May 21, 2012, or their assignee.

5. The net proceeds of the sale pursuant to the escrow instructions shall be paid by the escrow company to the Receiver on behalf of the Receivership estate.

6. The proceeds of the sale shall be held by the Receiver pending further order of this Court.

Dated: March 22, 2023

By: _____
Hon. Stephen V. Wilson