# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-09306-SVW-SK | Date | October 25, 2023 |
|---|---|---|---|
| Title | 54 Dyer LLP v. Adam Ambruso et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on March 24, 2023, issued an order granting approval of sale of receivership property.

A reasonable time has passed, and there being no additional filings in this case, since the date above, the Court orders the case dismissed.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |