1  **Lewis R. Landau** (CA Bar No. 143391)
   **Attorney-at-Law**
2  22287 Mulholland Hwy., # 318
   Calabasas, California 91302
3  Voice & Fax: (888) 822-4340
   *Email:  Lew@Landaunet.com*
4
   Attorney for Plaintiff,
5  54 Dyer LP

6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10 | 54 Dyer LP, a Colorado limited partnership, | Case No.: 2:21-cv-09306-MWC(SKx) |

11 |                    Plaintiff, | **QUARTERLY REPORT OF RECEIVER AND DECLARATION OF J. MICHAEL ISSA IN SUPPORT THEREOF; EXHIBITS IN SUPPORT** |

12 | vs. |

13 | Adam Ambruso, individually; |

14 | Adam Ambruso, as Trustee of the Adam Ambruso Revocable Living Trust; |

15 | Odin Group, LLC; |

16 | And Does 1-10 | Date:  No Hearing Set
                      Time: No Hearing Set |

17 |                                | Honorable Michelle Williams Court
                                     First Street Courthouse |

18 |                    Defendants. | 350 W. 1st Street, Crtrm 6A, 6th Fl.
                                      Los Angeles. California 90012 |

19

20       Pursuant to the Court's August 22, 2024 scheduling notice, the receiver's

21 additional quarterly report is attached hereto.

22 Dated:  November 27, 2024          **Lewis R. Landau**
                                       **Attorney at Law**
23

24
                                       By:*s/ Lewis R. Landau*
25                                     Lewis R. Landau
                                       Lew@Landaunet.com
26                                     Attorney for Plaintiff
27

28

J. MICHAEL ISSA, Receiver
*missa@brileyfin.com*
GlassRatner Advisory &
Capital Group, LLC, d/b/a
B. Riley Advisory Services
19800 MacArthur, Suite 820
Irvine, CA 92612
Telephone:   (949) 407-6620
Facsimile:    (949) 279-4244

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 54 DYER LP, a Colorado Limited Partnership,<br><br>                    Plaintiff,<br><br>          v.<br><br>ADAM AMBRUSO, Individually; ADAM AMBRUSO, as Trustee of the ADAM AMBRUSO REVOCABLE LIVING TRUST; ODIN GROUP, LLC; and DOES 1-10,<br><br>                    Defendants. | Case No.: 2:21-CV-09306-MWC-SK<br><br>**QUARTERLY REPORT OF RECEIVER AND DECLARATION OF J. MICHAEL ISSA IN SUPPORT THEREOF ; EXHIBITS**<br><br>Receiver Appointed: March 31, 2022<br><br>Defendants' Default Entered: April 8, 2022 |

I, J. Michael Issa, acting on behalf of the receivership estate in my capacity as Receiver under the Court's March 31, 2022 Order Appointing a Permanent Receiver (the "Receivership Order"), have personal knowledge of the matters set forth below and, except as otherwise stated, can and would testify competently to each fact herein.

1.      I submit this Declaration in support of the Receiver's Quarterly Report.

2.      54 Dyer commenced this action in November 2021, alleging that Defendant Adam Ambruso (individually, and as Trustee of the Adam Ambruso Revocable Living Trust) and Odin Group, LLC (collectively, "Defendants") fraudulently induced 54 Dyer to provide a series of loans totaling millions of dollars for the construction of a luxury home in the Hollywood Hills, fraudulently comingled the loan advances with his personal accounts, grossly mismanaged the construction project, and unlawfully transferred title to the Receivership Property from Ambruso to his entity Odin Group LLC in an effort to fraudulently protect the asset from creditors. (See, e.g., ECF 18, 18-2, 54.) Until the Receiver took possession of the Receivership Property, Defendant Ambruso had been living rent-free in the Property and later secretly rented it out and pocketed approximately $400,000 as a result of his unauthorized short-term leases of the Receivership Property, despite his representations to the Court that the Property was his personal residence and he was living there with his family.

3.      By Order dated March 31, 2022 (ECF 56), I was appointed as the Receiver and exclusive administrator of the Receivership Property. The Receiver's oath and bond have been filed with the Court (ECF 57).

4.      On April 8, 2022, the clerk of court entered a default judgment (ECF 59) against Defendants for their failure to respond to Plaintiff's Complaint.  On August 22, this Court issued a Minute Order (ECF 75) denying Defendants' Motion to Set Aside the Default (which was filed nearly three months after the clerk entered

the default), finding that Defendants offered no explanation for the failure to respond to the Complaint.

5.      Under my authority as Receiver, I took over possession of the Receivership Property located at 2538 Carman Crest Drive. Los Angeles, CA 90068 in April of 2022.  Since my appointment in this case, I have engaged in diligent efforts to take possession of and secure the Receivership Property, collect the proceeds from Defendants' rentals of the Property, and obtain and analyze Defendants' financial records.

6.      Such efforts were delayed by Defendants' ongoing failure to comply with the requirements set by this Court in its Order appointing the Receiver. In violation of Paragraphs 4 and 5 of the Receivership Order in this case (ECF 56), Defendants failed to immediately turn over all keys and other access information and passwords to the Receiver and failed to immediately turn over possession of the Property. Although Defendants eventually provided certain access and security codes, they did not provide keys to the Property or turn over possession of the Property to the Receiver. On April 6, 2022, at 10:30 am, I went to the Receivership Property with a locksmith and a security officer to obtain access to and control of the Receivership Property pursuant to the Receivership Order. At that time, my understanding based on the representations to the Court by Defendants was that Mr. Ambruso and his family resided at the Receivership Property. However, a man named Anthony Farrer was residing at the Receivership Property as of April 6, 2022. During this initial visit, I obtained various details of the undisclosed tenancy, including the remaining term, rental payment, and security deposit. It turned out that Mr. Farrer and Mr. Ambruso had executed a lease on March 14, 2022 for the dates of March 14 to May 3, 2022, and Mr. Farrer pre-paid Defendant Odin Group LLC a total of $103,116.33 by wire transfer, including the security deposit. I subsequently learned through review of the Multiple Listing Service records for the Receivership

QUARTERLY REPORT OF RECEIVER AND DECLARATION OF J. MICHAEL ISSA IN SUPPORT THEREOF

Property that in April 2021, defendant Odin Group LLC had entered into a previous leasing agreement with Ultimate Host LLC to rent the Receivership Property for $45,000 per month from April 15 to October 31, 2021, for a total of $315,000. In express violation of the Court's Receivership Order, Defendants have never turned over to the Receiver, and have thereby converted, the rental proceeds under these leases in violation of Paragraphs 3 and 9 of the Receivership Order.

7.      In addition, Defendants were required under Paragraphs 5 and 9 of the Receivership Order to produce all bank records pertaining to the Property. Defendants' production of bank records was partial, sporadic, and incomplete, and was made only after repeated requests and follow-ups by Plaintiff 54 Dyer's counsel. The financial records that the Receiver has received from Defendants to date, which are still incomplete, reflect that Defendants Ambruso and Odin Group LLC have comingled the funds loaned to them by 54 Dyer LP for the construction of the Receivership Property. The records reflect, for example, that the funds loaned by 54 Dyer to Ambruso have been (1) commingled with Ambruso's personal income and expenses; (2) transferred back and forth between Ambruso and Odin Group LLC; and (3) used to pay Ambruso's personal expenses.  .

8.      Nevertheless, the Receiver took possession of the Receivership Property, repaired and cleaned the Property, and then interviewed and retained a realtor (Altman Brothers with Douglas Elliman Real Estate), actively marketed the Property for sale, and entered into a sales contract to sell the Receivership Property. The Receiver obtained this Court's approval to sell the property under that contract (ECF 76, 83, 85). However, as detailed in the Receiver's Semi-Annual Report filed on November 6, 2023 (ECF 90), the buyer later asked for unreasonable concessions and then cancelled the escrow for that sale.

9.      In connection with his activities, the Receiver has regularly updated Plaintiff 54 Dyer (the beneficiary of the receivership estate) on at least a monthly

basis and has provided a Status Report (ECF 66), two subsequent declarations (ECF 77-2, 79-1), a Semi-Annual Report (ECF 90), a February 22, 2024 Quarterly Report (ECF 100), and a July 25, 2024 Quarterly Report (ECF 101) detailing the Receiver's activities for the Court.

3.    In light of the buyer's cancellation of the escrow for the sale approved by the Court, the Receiver, with 54 Dyer's agreement, determined that leasing the Receivership Property was the best course of action in light of the soft real estate market at the time.  On May 5, 2023, on the advice of Mr. Gene Bush, the listing agent of Coldwell Banker, the sales listing for the Receivership Property was removed from the Multiple Listing Service and the Property was listed for lease. On June 2, 2023, the Receiver signed a short-term lease for the Property at $26,250 per month, from June 6, 2023 through February 5, 2024.  The tenant timely paid rent to the Receiver under that lease through the expiration of the lease.

4.    In my previous Semi-Annual Report and February 22, 2024 Quarterly Report, I noted that the tenant had previously indicated that they would like to extend the lease through July 2024.  However, the Tenant later changed their mind and moved out on or around February 5, 2024.  The Property is therefore no longer generating income.

5.    The Receiver retained Gene Bush of Coldwell Banker as realtor to put the Property back on the market for sale during the 2024 Spring "selling season." Mr. Bush and the Receiver determined that the Property needed some minor repairs and cleaning, which were timely accomplished.  As of February 20, 2024, the Property is listed on the Multiple Listing Service.

6.    The Receiver has regularly kept 54 Dyer informed of all of its activities with respect to the Receivership Property, including providing regular invoices, banking summaries, and accountings of the income and expenses for the Receivership Property.  The Receiver maintains a trust account at East West Bank.

Rent from the short-term lease of the Property was paid via direct deposit to the bank account. Expenses are paid from the trust account as well. Attached as Exhibit A is a true and correct copy of the banking summary prepared by the Receiver from June, 2023 through October 31, 2024. The Receiver currently prepares a monthly financial and operations report for the lender, 54 Dyer LP. The report is reviewed with 54 Dyer and questions are addressed during a monthly zoom meeting.  Prior banking summaries, invoices, and reports to the lender (54 Dyer) were attached to my previous reports to the Court, including my November 2023 Semi-Annual Report (ECF 90), February 2024 Quarterly Report (ECF 100) and July 2024 Quarterly Report (ECF 101)

7.     Under paragraph 12 of the Receivership Order, the Receiver is entitled to charge an hourly rate of $575 for my services. The Receiver is also entitled to use the services of personnel employed by GlassRatner Advisory & Capital Group, LLC, d/b/a/ B.Riley Advisory Services ("B.Riley") to assist me in the discharge of my duties at their standard hourly rates. The Receiver is further entitled to reimbursement for all expenses incurred in administering the receivership estate.

8.      From June 1, 2024 to August 31, 2024, the Receiver has incurred a total of $8,226.0000 in fees for managing, repairing and maintaining the Receivership Property. A true and correct copy of a summary of the Receiver's invoices for June, July, and  August, 2024, which includes all of the expenses and costs advanced by the Receiver, is attached as Exhibit B.  These invoices were provided in a timely manner to the lender, 54 Dyer.

9.     In my opinion, based on my experience in similar receivership matters, and based upon my knowledge of other receivership cases, the charges set forth above are reasonable and necessary expenses of administering the assets of the receivership estate.

10.    The receivership estate has only generated income through the former

1    lease of the Property. As a result, the Receiver has had to obtain three loans in the

2    combined amount of $146,801.88 from 54 Dyer to underwrite the Receiver's

3    ongoing expenses, fees and expenditures. (For the first two loans, see ECF 66-1, ¶

4    15, Exh. F; Exhibits K and L attached to my previous Semi-Annual Report (ECF

5    90). In addition to those two prior loans, the Receiver has obtained another loan of

6    $24,000 from 54 Dyer to cover additional ongoing expenses. A true and correct copy

7    of the signed Certificate of Indebtedness for that third loan is attached as Exhibit C.

8    In order to conserve the receivership estate, the Receiver has not retained counsel in

9    this action.

10         11.    A true and correct comprehensive Realtor's Report from the Listing

11    Broker is attached and incorporated herein by reference and is attached as Exhibit

12    D.  The Receiver  has just received an offer at a price of $4 million with a reduction

13    in commission to 3% from the broker.   Having conferred with 54 Dyer Street, the

14    secured creditor in this matter, and having obtained the creditor's consent, the

15    Receiver respectfully requests the Court approve this contract of sale.

16

17         I declare under penalty of perjury under the laws of the United States that the

18    foregoing is true and correct.  Executed this 27 day of November, 2024, at Los

19    Angeles, California.

20

21

22                 J. MICHAEL ISSA

23

24

25

26

27

28

QUARTERLY REPORT OF RECEIVER AND DECLARATION OF J. MICHAEL ISSA IN SUPPORT
THEREOF

# EXHIBIT A

**Odin Group**
**Bank Activity**
**East West Bank**

| Date | Index | Check # | | Party | Purpose | Amount | Running Balance |
|------|-------|---------|--|-------|---------|--------|------------------|
| 6/1/2023 | 1.00 | Fees | | East West Bank | Bank Fee | $ (14.00) | $ (14.00) |
| 6/1/2023 | 2.00 | Fee Reversal | | East West Bank | Bank Fee | $ 14.00 | $ - |
| 6/7/2023 | 3.00 | Wire Fee | | East West Bank | Bank Fee | $ (10.00) | $ (10.00) |
| 6/7/2023 | 4.00 | Wire In | | Temporary Housing Inc. | Rental Revenue | $ 35,525.00 | $ 35,515.00 |
| 6/20/2023 | 5.00 | 3021 | | Juan Orellana | Gardner | $ (2,000.00) | $ 33,515.00 |
| 6/20/2023 | 6.00 | 3030 | | Juan Orellana | Gardner | $ (1,800.00) | $ 31,715.00 |
| 6/26/2023 | 7.00 | Wire | | RU Insurance Co | Insurance | $ (926.00) | $ 30,789.00 |
| 6/26/2023 | 8.00 | Wire | | Assessment Counseling Services | Tax Consulting | $ (1,000.00) | $ 29,789.00 |
| 6/27/2023 | 9.00 | Service Charge | | East West Bank | Bank Fee | $ (40.00) | $ 29,749.00 |
| 6/27/2023 | 10.00 | Wire | | Glassratner Advisory & Capital Grou | Receiver Fees | $ (25,000.00) | $ 4,749.00 |
| 6/28/2023 | 11.00 | Wire In | | Temporary Housing Inc. | Rental Revenue | $ 26,250.00 | $ 30,999.00 |
| 7/3/2023 | 12.00 | 3024 | | Guardian Pool Fence | Pool Fence | $ (2,068.00) | $ 28,931.00 |
| 7/15/2023 | 13.00 | Service Charge | | East West Bank | Bank Fee | $ (40.00) | $ 28,891.00 |
| 7/15/2023 | 14.00 | Service Charge | | East West Bank | Bank Fee | $ (40.00) | $ 28,851.00 |
| 7/15/2023 | 15.00 | Service Charge | | East West Bank | Bank Fee | $ (40.00) | $ 28,811.00 |
| 7/15/2023 | 16.00 | Wire | | Pacific Vertical Gardens | Plant Wall | $ (325.00) | $ 28,486.00 |
| 7/15/2023 | 17.00 | Wire | | Brando Juris | Pool Fence | $ (600.00) | $ 27,886.00 |
| 7/15/2023 | 18.00 | Wire | | Huge Blinds | Window Blinds | $ (2,259.55) | $ 25,626.45 |
| 7/18/2023 | 19.00 | Service Charge | | East West Bank | Bank Fee | $ (40.00) | $ 25,586.45 |
| 7/18/2023 | 20.00 | Wire | | Hung Up Blinds | Window Blinds | $ (1,600.00) | $ 23,986.45 |
| 7/21/2023 | 21.00 | Service Charge | | East West Bank | Bank Fee | $ (40.00) | $ 23,946.45 |
| 7/21/2023 | 22.00 | Wire | | Futuristic Media | Home Automation | $ (2,541.41) | $ 21,405.04 |
| 7/26/2023 | 23.00 | 3023 | | Hung Up Blinds | Blinds | $ (2,000.00) | $ 19,405.04 |
| 7/28/2023 | 24.00 | Wire In | | Temporary Housing Inc. | Rental Revenue | $ 26,250.00 | $ 45,655.04 |
| 8/25/2023 | 25.00 | Service Charge | | East West Bank | Bank Fee | $ (40.00) | $ 45,615.04 |
| 8/25/2023 | 26.00 | Wire | | Glassratner Advisory & Capital Grou | Receiver Fees | $ (25,000.00) | $ 20,615.04 |
| 8/30/2023 | 27.00 | Service Charge | | East West Bank | Bank Fee | $ (40.00) | $ 20,575.04 |
| 8/30/2023 | 28.00 | Service Charge | | East West Bank | Bank Fee | $ (40.00) | $ 20,535.04 |
| 8/30/2023 | 29.00 | Wire | | Brando Juris- Reimbursement Seven Months at 450 a month | Gardner | $ (3,150.00) | $ 17,385.04 |
| 8/30/2023 | 30.00 | Wire | | DMC Plumbing | Plumber | $ (3,150.00) | $ 14,235.04 |
| 8/30/2023 | 31.00 | Wire In | | Temporary Housing Inc. | Rental Revenue | $ 26,250.00 | $ 40,485.04 |
| 9/13/2023 | 32.00 | Service Charge | | East West Bank | Bank Fee | $ (40.00) | $ 40,445.04 |
| 9/13/2023 | 33.00 | Wire | | Brando Juris- Reimbursement | Cable | $ (238.00) | $ 40,207.04 |
| 9/18/2023 | 34.00 | Service Charge | | East West Bank | Bank Fee | $ (40.00) | $ 40,167.04 |
| 9/18/2023 | 35.00 | Wire | | LA Aquatic | Pool Repairs | $ (2,650.00) | $ 37,517.04 |
| 9/28/2023 | 36.00 | Wire In | | Temporary Housing Inc. | Rental Revenue | $ 26,250.00 | $ 63,767.04 |
| 9/29/2023 | 37.00 | Service Charge | | East West Bank | Bank Fee | $ (14.00) | $ 63,753.04 |
| 9/29/2023 | 38.00 | Service Charge | | East West Bank | Bank Fee | $ 225.00 | $ 63,978.04 |
| 9/29/2023 | 39.00 | Wire | | Glassratner Advisory & Capital Grou | Receiver Fees | $ (12,317.79) | $ 51,660.25 |
| 10/4/2023 | 40.00 | Service Charge | | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ (28.00) | $ 51,632.25 |

1 of 5

**008**

**Odin Group**
**Bank Activity**
**East West Bank**

| Date | Index | Check # | Party | Purpose | Amount | Running Balance |
|---|---|---|---|---|---|---|
| 10/4/2023 | 41.00 | Service Charge | BB PREMIER WIRE MODULE | Bank Fee | $ (35.00) | $ 51,597.25 |
| 10/11/2023 | 42.00 | Wire | Brando Juris Correggiari | Alarm Installation & | $ (5,231.14) | $ 46,366.11 |
| 10/11/2023 | 43.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 46,352.11 |
| 10/13/2023 | 44.00 | Wire | 101223285,941,,SO CAL GAS PAID SCGC 231012 | Utilities | $ (1.00) | $ 46,351.11 |
| 10/13/2023 | 45.00 | Wire | 101223285,941,,SO CAL GAS PAID SCGC 231012 | Utilities | $ (4,204.07) | $ 42,147.04 |
| 10/17/2023 | 46.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 42,133.04 |
| 10/17/2023 | 47.00 | Wire | ASSESSMENT COUNSELLING SERVICES | Tax Consulting | $ (358.75) | $ 41,774.29 |
| 10/25/2023 | 48.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 41,760.29 |
| 10/25/2023 | 49.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 41,746.29 |
| 10/25/2023 | 50.00 | Wire | Futuristic Media | Home Automation | $ (1,325.99) | $ 40,420.30 |
| 10/25/2023 | 51.00 | Wire | LA Aquatic Services | Pool Repairs | $ (290.00) | $ 40,130.30 |
| 10/27/2023 | 52.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 40,116.30 |
| 10/27/2023 | 53.00 | Wire | DMC Plumbing Contractor | Plumber | $ (262.75) | $ 39,853.55 |
| 10/30/2023 | 54.00 | Wire In | Temporary Housing Inc. | Rental Revenue | $ 26,250.00 | $ 66,103.55 |
| 11/3/2023 | 55.00 | Service Charge | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ (28.00) | $ 66,075.55 |
| 11/3/2023 | 56.00 | Service Charge | BB PREMIER WIRE MODULE | Bank Fee | $ (35.00) | $ 66,040.55 |
| 11/6/2023 | 57.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 66,026.55 |
| 11/6/2023 | 58.00 | Wire | Brando | Cable | $ (294.87) | $ 65,731.68 |
| 11/17/2023 | 59.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 65,717.68 |
| 11/17/2023 | 60.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 65,703.68 |
| 11/17/2023 | 61.00 | Wire | LA Aquatic | Pool Repairs | $ (650.00) | $ 65,053.68 |
| 11/17/2023 | 62.00 | Wire | Glassratner Advisory & Capital Grou | Receiver Fees | $ (20,787.19) | $ 44,266.49 |
| 11/29/2023 | 63.00 | Wire In | Temporary Housing Inc. | Rental Revenue | $ 26,250.00 | $ 70,516.49 |
| 12/1/2023 | 64.00 | Preauthorized Debit | Armands Discount | Fireplace Repair | $ (2,822.88) | $ 67,693.61 |
| 12/5/2023 | 65.00 | Service Charge | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ (28.00) | $ 67,665.61 |
| 12/5/2023 | 66.00 | Service Charge | BB PREMIER WIRE MODULE | Bank Fee | $ (35.00) | $ 67,630.61 |
| 12/6/2023 | 67.00 | Preauthorized Debit | LA County Tax Collector | Property Tax | $ (17,868.56) | $ 49,762.05 |
| 12/11/2023 | 68.00 | Preauthorized Debit | So Cal Gas | Utilities | $ (539.03) | $ 49,223.02 |
| 12/19/2023 | 69.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 49,209.02 |
| 12/19/2023 | 70.00 | Wire | LA Aquatic | Pool Repairs | $ (600.00) | $ 48,609.02 |
| 12/27/2023 | 71.00 | Wire In | Temporary Housing Inc. | Rental Revenue | $ 26,250.00 | $ 74,859.02 |
| 12/29/2023 | 72.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 74,845.02 |
| 12/29/2023 | 73.00 | Wire | Brando | Cable | $ (280.00) | $ 74,565.02 |
| 1/3/2024 | 74.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 74,551.02 |
| 1/3/2024 | 75.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 74,537.02 |
| 1/3/2024 | 76.00 | Preauthorized Debit | Bamboo Insurance | Insurance | $ (335.79) | $ 74,201.23 |
| 1/3/2024 | 77.00 | Wire | LA Aquatic | Pool Repairs | $ (300.00) | $ 73,901.23 |
| 1/3/2024 | 78.00 | Wire | Glassratner Advisory & Capital Grou | Receiver Fees | $ (6,514.62) | $ 67,386.61 |
| 1/4/2024 | 79.00 | Service Charge | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ (28.00) | $ 67,358.61 |

2 of 5

**009**

**Odin Group**
**Bank Activity**
**East West Bank**

| Date | Index | Check # | | Party | Purpose | Amount | | Running Balance |
|------|-------|---------|--|-------|---------|--------|--|-----------------|
| 1/4/2024 | 80.00 | Service Charge | BB PREMIER WIRE MODULE | Bank Fee | $ | (35.00) | $ | 67,323.61 |
| 1/19/2024 | 81.00 | 3322 | Guardian Pool Fence | Pool Fence | $ | (450.00) | $ | 66,873.61 |
| 1/29/2024 | 82.00 | Wire In | Temporary Housing Inc. | Rental Revenue | $ | 4,375.00 | $ | 71,248.61 |
| 2/1/2024 | 83.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ | 71,234.61 |
| 2/1/2024 | 84.00 | Wire | Glassratner Advisory & Capital Grou | Receiver Fees | $ | (2,172.12) | $ | 69,062.49 |
| 2/2/2024 | 85.00 | Service Charge | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ | (28.00) | $ | 69,034.49 |
| 2/5/2024 | 86.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ | 69,020.49 |
| 2/5/2024 | 87.00 | Preauthorized Debit | Bamboo Insurance | Insurance | $ | (335.79) | $ | 68,684.70 |
| 2/5/2024 | 88.00 | Wire | LA Aquatic | Pool Repairs | $ | (480.00) | $ | 68,204.70 |
| 2/5/2024 | 89.00 | Preauthorized Debit | So Cal Gas | Utilities | $ | (800.53) | $ | 67,404.17 |
| 2/8/2024 | 90.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ | 67,390.17 |
| 2/8/2024 | 91.00 | Wire | Brando | Rental Revenue | $ | (26,250.00) | $ | 41,140.17 |
| 2/9/2024 | 92.00 | Preauthorized Debit | Post Alarm Systems | Alarm Installation & | $ | (345.00) | $ | 40,795.17 |
| 2/12/2024 | 93.00 | Preauthorized Debit | LADWP | Utilities | $ | (3,768.91) | $ | 37,026.26 |
| 2/24/2024 | 94.00 | Service Charge | BB PREMIER WIRE MODULE | Bank Fee | $ | (35.00) | $ | 36,991.26 |
| 2/26/2024 | 95.00 | Preauthorized Debit | Spectrum | Cable | $ | (294.87) | $ | 36,696.39 |
| 3/4/2024 | 96.00 | Service Charge | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ | (28.00) | $ | 36,668.39 |
| 3/4/2024 | 97.00 | Service Charge | BB PREMIER WIRE MODULE | Bank Fee | $ | (35.00) | $ | 36,633.39 |
| 3/5/2024 | 98.00 | Preauthorized Debit | Bamboo Insurance | Insurance | $ | (335.79) | $ | 36,297.60 |
| 3/19/2024 | 99.00 | Wire | LA Aquatic | Pool Repairs | $ | (400.00) | $ | 35,897.60 |
| 3/19/2024 | 100.00 | Service Charge | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ | 35,883.60 |
| 3/20/2024 | 101.00 | Preauthorized Debit | Spectrum | Cable | $ | (149.97) | $ | 35,733.63 |
| 3/25/2024 | 102.00 | 3324 | Bond Services | Appraisal | $ | (100.00) | $ | 35,633.63 |
| 3/25/2024 | 103.00 | 3325 | Juan Orellana | Gardner | $ | (900.00) | $ | 34,733.63 |
| 3/4/2024 | 104.00 | 3329 | Juan Orellana | Gardner | $ | (625.00) | $ | 34,108.63 |
| 04/02/2024 | 105.00 | Misc. Fees | BB PREMIER WIRE MODULE | Bank Fee | $ | (35.00) | $ | 34,073.63 |
| 04/02/2024 | 106.00 | Misc. Fees | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ | (28.00) | $ | 34,045.63 |
| 04/04/2024 | 107.00 | Pre-authorized ACH Debit 0 | Bamboo Insurance | Insurance | $ | (196.69) | $ | 33,848.94 |
| 04/12/2024 | 108.00 | Pre-authorized ACH Debit 0 | LADWP | Utilities | $ | (2,982.89) | $ | 30,866.05 |
| 04/18/2024 | 109.00 | Outgoing Money Transfer | LA Aquatic Services | Pool Repairs | $ | (1,190.00) | $ | 29,676.05 |
| 04/18/2024 | 110.00 | Misc. Fees | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ | 29,662.05 |
| 04/18/2024 | 111.00 | Outgoing Money Transfer | Glassratner Advisory & Capital Grou | Receiver Fees | $ | (6,983.64) | $ | 22,678.41 |
| 04/18/2024 | 112.00 | Misc. Fees | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ | 22,664.41 |
| 04/23/2024 | 113.00 | Pre-authorized ACH Debit 0 | Spectrum | Cable | $ | (149.97) | $ | 22,514.44 |
| 05/02/2024 | 114.00 | Misc. Fees | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ | (28.00) | $ | 22,486.44 |
| 05/02/2024 | 115.00 | Misc. Fees | BB PREMIER WIRE MODULE | Bank Fee | $ | (35.00) | $ | 22,451.44 |
| 05/15/2024 | 116.00 | Outgoing Money Transfer | Major Appraisals, Inc | Bond Services | $ | (1,200.00) | $ | 21,251.44 |
| 05/15/2024 | 117.00 | Misc. Fees | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ | 21,237.44 |
| 05/17/2024 | 118.00 | Outgoing Money Transfer | LA Aquatic Services | Pool Repairs | $ | (320.00) | $ | 20,917.44 |

3 of 5

010

**Odin Group**
**Bank Activity**
**East West Bank**

| Date | Index | Check # | | Party | Purpose | Amount | | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05/17/2024 | 119.00 | Misc. Fees | | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ 20,903.44 |
| 05/21/2024 | 120.00 | Pre-authorized ACH Debit 0 | Spectrum | | Cable | $ | (149.97) | $ 20,753.47 |
| 6/4/2024 | 121.00 | Misc. Fees | | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ | (28.00) | $ 20,725.47 |
| 6/4/2024 | 122.00 | Misc. Fees | | BB PREMIER WIRE MODULE | Bank Fee | $ | (35.00) | $ 20,690.47 |
| 06/10/2024 | 123.00 | Outgoing Money Transfer | | Lipsey Appraisal Service | Utilities | $ | (2,000.00) | $ 18,690.47 |
| 06/10/2024 | 124.00 | Misc. Fees | | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ 18,676.47 |
| 06/10/2024 | 125.00 | Check Paid 3326 | | Antonio Orellana | Gardner | $ | (900.00) | $ 17,776.47 |
| 06/12/2024 | 126.00 | Pre-authorized ACH Debit 0 | LADWP | | Utilities | $ | (3,141.59) | $ 14,634.88 |
| 06/18/2024 | 127.00 | Pre-authorized ACH Debit 0 | PALOMARINSURANCE PURCHASE 240617 | | Insurance | $ | (1,231.50) | $ 13,403.38 |
| 06/21/2024 | 128.00 | Pre-authorized ACH Debit 0 | Spectrum | | Cable | $ | (149.97) | $ 13,253.41 |
| 06/27/2024 | 129.00 | Pre-authorized ACH Debit 0 | So Cal Gas | | Utilities | $ | (181.21) | $ 13,072.20 |
| 07/02/2024 | 130.00 | Misc. Fees | | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ | (28.00) | $ 13,044.20 |
| 07/02/2024 | 131.00 | Misc. Fees | | BB PREMIER WIRE MODULE | Bank Fee | $ | (35.00) | $ 13,009.20 |
| 07/03/2024 | 132.00 | Pre-authorized ACH Debit 0 | PALOMARINSURANCE PURCHASE 240702 | | Insurance | $ | (726.00) | $ 12,283.20 |
| 07/05/2024 | 133.00 | Pre-authorized ACH Debit 0 | Bamboo Insurance | | Insurance | $ | (1,105.25) | $ 11,177.95 |
| 07/05/2024 | 134.00 | Outgoing Money Transfer | | Glassratner Advisory & Capital Grou | Receiver Fees | $ | (2,114.50) | $ 9,063.45 |
| 07/05/2024 | 135.00 | Misc. Fees | | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ 9,049.45 |
| 07/15/2024 | 136.00 | Outgoing Money Transfer | | LA Aquatic Services | Pool Repairs | $ | (560.00) | $ 8,489.45 |
| 07/15/2024 | 137.00 | Misc. Fees | | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ 8,475.45 |
| 07/17/2024 | 138.00 | Pre-authorized ACH Debit 0 | California FAIR debitpmt 240716 | | Insurance | $ | (2,665.50) | $ 5,809.95 |
| 07/17/2024 | 139.00 | Outgoing Money Transfer | | LA Aquatic Services | Pool Repairs | $ | (560.00) | $ 5,249.95 |
| 07/17/2024 | 140.00 | Misc. Fees | | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ 5,235.95 |
| 07/17/2024 | 141.00 | Outgoing Money Transfer | | GWB Enterprises | Maintenance | $ | (1,000.00) | $ 4,235.95 |
| 07/17/2024 | 142.00 | Misc. Fees | | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ 4,221.95 |
| 07/23/2024 | 143.00 | Pre-authorized ACH Debit 0 | Spectrum | | Cable | $ | (149.97) | $ 4,071.98 |
| 08/02/2024 | 144.00 | Pre-authorized ACH Debit 0 | PALOMARINSURANCE PURCHASE 240801 | | Insurance | $ | (1,807.50) | $ 2,264.48 |
| 08/02/2024 | 145.00 | Misc. Fees | | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ | (28.00) | $ 2,236.48 |
| 08/02/2024 | 146.00 | Misc. Fees | | BB PREMIER WIRE MODULE | Bank Fee | $ | (35.00) | $ 2,201.48 |
| 08/21/2024 | 147.00 | Pre-authorized ACH Debit 0 | Spectrum | | Cable | $ | (151.22) | $ 2,050.26 |
| 08/30/2024 | 148.00 | Misc. Fees | | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ 2,036.26 |
| 09/04/2024 | 149.00 | Incoming Money Transfer | | Loan From Bill Reid | Loan | $ | 24,000.00 | $ 26,036.26 |
| 09/04/2024 | 150.00 | Misc. Fees | | WIRE TRANS-IN | Bank Fee | $ | (10.00) | $ 26,026.26 |
| 09/05/2024 | 151.00 | Pre-authorized ACH Debit 0 | Bamboo Insurance | | Insurance | $ | (421.51) | $ 25,604.75 |
| 09/05/2024 | 152.00 | Misc. Fees | | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ | (28.00) | $ 25,576.75 |
| 09/05/2024 | 153.00 | Misc. Fees | | BB PREMIER WIRE MODULE | Bank Fee | $ | (35.00) | $ 25,541.75 |
| 09/17/2024 | 154.00 | Pre-authorized ACH Debit 0 | LADWP | | Utilities | $ | (3,345.74) | $ 22,196.01 |
| 09/23/2024 | 155.00 | Pre-authorized ACH Debit 0 | Spectrum | | Cable | $ | (151.22) | $ 22,044.79 |
| 10/01/2024 | 156.00 | Outgoing Money Transfer | | LA Aquatic | Pool Repairs | $ | (4,342.00) | $ 17,702.79 |
| 10/01/2024 | 157.00 | Misc. Fees | | OUTGOING WIRE | Bank Fee | $ | (14.00) | $ 17,688.79 |

**Odin Group**
**Bank Activity**
**East West Bank**

| Date | Index | Check # | | Party | Purpose | Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 10/02/2024 | 158.00 | Misc. Fees | | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ (28.00) | $ 17,660.79 |
| 10/02/2024 | 159.00 | Misc. Fees | | BB PREMIER WIRE MODULE | Bank Fee | $ (35.00) | $ 17,625.79 |
| 10/04/2024 | 160.00 | Pre-authorized ACH Debit 0 | Bamboo Insurance | | Insurance | $ (421.51) | $ 17,204.28 |
| 10/22/2024 | 161.00 | Pre-authorized ACH Debit 0 | Spectrum | | Cable | $ (191.22) | $ 17,013.06 |
| 11/04/2024 | 162.00 | Misc. Fees | | BB PREMIER MONTHLY MAINTENANCE | Bank Fee | $ (28.00) | $ 16,985.06 |
| 11/04/2024 | 163.00 | Misc. Fees | | BB PREMIER WIRE MODULE | Bank Fee | $ (35.00) | $ 16,950.06 |
| 11/06/2024 | 164.00 | Pre-authorized ACH Debit 0 | Bamboo Insurance | | Insurance | $ (421.51) | $ 16,528.55 |
| 11/08/2024 | 165.00 | Outgoing Money Transfer | Glassratner Advisory & Capital Grou | | Receiver Fees | $ (3,816.00) | $ 12,712.55 |
| 11/08/2024 | 166.00 | Misc. Fees | | OUTGOING WIRE | Bank Fee | $ (14.00) | $ 12,698.55 |

5 of 5

**012**

# EXHIBIT B

**Odin Group**
**Invoice Summary**

| Index | Invoice # | Date | Period Start | Period End | Professional Fees | Expenses | Total | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | 7/5/2024 | | | | | $     - | $ (2,114.50) | $     575.00 |
| | 65575 | 7/31/2024 | 6/1/2024 | 6/30/2024 | $     870.00 | | $     870.00 | | $   1,445.00 |
| | 65787 | 8/22/2024 | 7/1/2024 | 7/31/2024 | $   2,371.00 | | $   2,371.00 | | $   3,816.00 |
| | 66104 | 9/20/2024 | 8/1/2024 | 8/31/2024 | $   4,985.00 | | $   4,985.00 | | $   8,801.00 |

# B | RILEY ®

## *Advisory Services*

*Formerly known as GlassRatner Advisory & Capital Group LLC*

July 31, 2024                                                             Invoice # :  65575

JONATHAN JORDAN
KING & SPALDING
1180 PEACHTREE ST NE
STE. 1600
ATLANTA GA 30309

In Reference To: **Carman Crest Dr, Los Angeles, Receivership**

For professional services rendered during the period  June 1, 2024          through      June 30, 2024

### Billing Recap by Professional

| Name | Hours | Rate |
|------|------:|-----:|
| Jonathan Wernick | 2.00 | 435.00 |

| | Hours | Amount |
|--|------:|-------:|
| Total Professional Service Fees | 2.00 | $870.00 |
| Previous balance | | $2,689.50 |
| 7/5/2024  Payment - Thank You | | ($2,114.50) |
| Total payments and adjustments | | ($2,114.50) |
| Balance due | | $1,445.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.          Tax ID Number:  83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*

3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804  | www.brileyfin.com

**Professional Services Detail**

| | | | Hours |
|---|---|---|---|
| 6/30/2024 | J. Wernick | Consulting | 2.00 |

GlassRatner Advisory & Capital Group LLC

**016**

# B | R I L E Y ®

*Advisory Services*

*Formerly known as GlassRatner Advisory & Capital Group LLC*

August 22, 2024                                                                                     Invoice # :  65787

JONATHAN JORDAN
KING & SPALDING
1180 PEACHTREE ST NE
STE. 1600
ATLANTA GA 30309

In Reference To: **Carman Crest Dr, Los Angeles, Receivership**

For professional services rendered during the period  July 1, 2024          through      July 31, 2024

## Billing Recap by Professional

| Name | Hours | Rate |
|------|-------|------|
| Mike Issa | 1.40 | 575.00 |
| Jonathan Wernick | 3.60 | 435.00 |

|  | Hours | Amount |
|--|-------|--------|
| Total Professional Service Fees | 5.00 | $2,371.00 |
| Previous balance | | $1,445.00 |
| Balance due | | $3,816.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.     Tax ID Number: 83-1277218
*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804  | www.brileyfin.com     017

Carmen Crest Dr. Los Angeles, Receivership

Case 2:21-cv-09906-MWC-SK    Document 108    Filed 11/27/24    Page 20 of 32   Page ID
#:1816

8/22/2024
Invoice # : 65787
Page    2

**Professional Services Detail**

| | | Hours |
|---|---|---|
| 7/16/2024 J. Wernick | Preparation of Receivers Quarterly Report | 0.50 |
| 7/22/2024 J. Wernick | Preparation of Receivers Quarterly Report | 1.60 |
| 7/24/2024 M. Issa | work on Receiver's status report for the Court | 1.40 |
| 7/31/2024 J. Wernick | Tasks for July '24 included coordinating with Gene Bush to address getting the property in shape for sale, monitoring the payment of monthly bills, addressing maintenance issues, and addressing changes in the insurance broker. | 1.50 |

# B | RILEY®

## *Advisory Services*

*Formerly known as GlassRatner Advisory & Capital Group LLC*

September 20, 2024                                                                 Invoice # :  66104

JONATHAN JORDAN
KING & SPALDING
1180 PEACHTREE ST NE
STE. 1600
ATLANTA GA 30309

In Reference To: **Carman Crest Dr, Los Angeles, Receivership**

For professional services rendered during the period  August 1, 2024        through    August 31, 2024

### Billing Recap by Professional

| Name | Hours | Rate |
|---|---|---|
| Mike Issa | 6.40 | 575.00 |
| Jonathan Wernick | 3.00 | 435.00 |

|  | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 9.40 | $4,985.00 |
| Previous balance |  | $3,816.00 |
| Balance due |  | $8,801.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**
For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.        Tax ID Number:  83-1277218
*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd., NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax: 470.346.6804  | www.brileyfin.com        019

Carmen Crest Dr. Los Angeles, Receivership

9/20/2024
Invoice # : 66104

Case 2:21-cv-09906-MWC-SK   Document 108   Filed 11/27/24   Page 22 of 32   Page ID
#:1818
Page   2

**Professional Services Detail**

| | | | Hours |
|---|---|---|---|
| 8/8/2024 | J. Wernick | Preparation of monthly update and a projection of expenses for the next 4 months in conjunction to preparing a loan request from the lender. | 1.50 |
| 8/21/2024 | M. Issa | meet at CC and tour the comps with Gene and Bill Reid | 4.20 |
| 8/28/2024 | M. Issa | calls/emails re: sale of property/value/offers | 2.20 |
| 8/31/2024 | J. Wernick | Tasks for Aug '24 included coordinating with Gene Bush to address getting the property in shape for sale, monitoring the payment of monthly bills, addressing maintenance issues, and addressing changes in the insurance broker. | 1.50 |

# EXHIBIT C

## RECEIVER'S CERTIFICATE OF INDEBTEDNESS

1.      This certificate of indebtedness is issued by J. Michael Issa (the "Receiver"), not individually, but on behalf of the receivership estate in his capacity as Receiver under Sections 17 and 18 of that certain Order Appointing Receiver entered in the above-captioned case on March 31, 2022 (the "Receivership Order").

2.      Since there are will be no ongoing proceeds from the Receivership Property until it is sold, and since the Receiver has been incurring fees and expenses (and will continue to incur fees and expenses) in maintaining and marketing the Property for sale and in performing his duties under the Receivership Order, the Receiver has requested that 54 Dyer, LP ("54 Dyer") extend an additional loan of $24,000.00 to the Receiver to cover fees, insurance and expenses through October 31, 2024, pursuant to, and under the terms of, Sections 17 and 18 of the Receivership Order.  This loan is to pay the estimated fees and expenses set forth in the attached Schedule A.

3.      This certifies that there is due to 54 Dyer from the Receiver the additional principal sum under this Certificate of $24,000.00, together with interest thereon at the rate of 10% per annum, payable upon the sale of the Receivership Property as authorized by the Receivership Order.

4.      As set forth in Section 18 of the Receivership Order, the principal and interest evidenced by this Certificate shall be a first and prior lien and security interest upon the Receivership Property, including all proceeds therefrom, in favor of 54 Dyer. These funds advanced by 54 Dyer and evidenced by the issuance of this Certificate shall be considered an advance made under the Loan Documents (as defined in the Receivership Order).  The lien of this Certificate shall be prior and superior to the interest or lien of all judgment holders, mechanics' lien claimants, partners, members, shareholders, and creditors of the Receivership Property.

**022**

5.      This Certificate may be prepaid in whole or in part at any time without penalty. Notwithstanding an earlier maturity date, if the indebtedness evidenced hereby has not been paid in full before or pursuant to final distribution of the Receivership's Assets, this Certificate shall continue to be a first priority lien on all assets, real and personal, of the Receivership Property distributed in the final distribution of the Receiver's assets, and the indebtedness evidenced hereby shall be payable from any proceeds generated (a) upon the sale or refinance of the Receivership Property, from the proceeds thereof, or (b) upon collection of rental or other income from the Receivership Property, from the monies collected thereby, until such indebtedness is paid in.

6.      All payments hereunder shall be applied first to the payment of any accrued and unpaid interest, fees, and costs, and then to the payment of principal.  Payment due hereunder shall be made at such place as the holder shall direct and upon payment in full, the holder hereof shall surrender this Certificate to the person making such payment, marking the same "paid in full," and shall deliver to the person making such payment an instrument in recordable form executed by the obligee hereof, such obligee's successor in interest or such obligee's assign (in which case written assignment hereof in recordable form shall also be delivered), releasing the lien of this Certificate on all assets encumbered hereby.

7.      It is intended that the aforesaid lien of this Certificate shall be automatically perfected by the entry of the Receivership Order; provided, however, that notwithstanding the automatic perfection of the lien evidenced by this Certificate, the Receiver shall execute, in recordable form, such additional instruments as 54 Dyer reasonably requests in order to evidence and further perfect such lien.

8.       This Certificate is issued under the authority of, and in accordance with, the Receivership Order.

2

**023**

9.      This Certificate is and shall be an obligation of the Receiver and his successor(s) as Receiver.  Notwithstanding the foregoing, 54 Dyer understands and agrees that the Receiver or his Successor(s) shall have no personal liability with respect to the indebtedness evidenced by this certificate and that recourse to the payments due hereunder is limited to the assets of the Receivership estate.

10.     This certificate shall not be obligatory for any purpose until signed by the Receiver.

11.     54 Dyer's loan set forth in this Certificate is contingent upon the signature of the Receiver on this Certificate.

Dated:   11/26/2024

*Mike Issa*
_____
J. Michael Issa
Receiver

Dated:   11/21/2024

*William P. Reid*
_____
William P. Reid, authorized signatory on behalf of
54 Dyer, LP

3

**024**

Docusign Envelope ID: 81DB942C-9CDB-4781-AB7F-E60266151⁹A3

**Carman Crest**
**Estimated Costs**
**Three Months Ending 10/31/24**

| Service | 8/31/2024 | 9/30/2024 | 10/31/2024 | Total |
|---|---|---|---|---|
| Gardner 2 months | $ (900.00) | $ - | $ (900.00) | $ (1,800.00) |
| Utilities - Water and Power | (3,141.59) | | (3,141.59) | (6,283.18) |
| Cable | (149.97) | (149.97) | | (299.94) |
| Utilities- Gas | (181.21) | (181.21) | (181.21) | (543.63) |
| Home insurance - Bamboo | (843.02) | (843.02) | (843.02) | (2,529.06) |
| Receiver Fees | (1,445.00) | (2,500.00) | (2,500.00) | (6,445.00) |
| Pool Maintenance | (560.00) | (560.00) | (560.00) | (1,680.00) |
| Home insurance - CA Fair Plan | (2,000.00) | - | (2,000.00) | (4,000.00) |
| Cable | (149.97) | (149.97) | (149.97) | (449.91) |
| Contingency | (1,000.00) | (1,000.00) | (1,000.00) | (3,000.00) |
| | $ (9,370.76) | $ (4,384.17) | $ (10,275.79) | $ (24,030.72) |

Schedule A

# EXHIBIT D

REPORT TO J. MICHAEL ISSA, AS RECEIVER FOR 2538 CARMAN CREST DRIVE ("PROPERTY"), NOVEMBER 11, 2024

<u>RECENT MARKETING EFFORTS</u>
The 2538 Carman Crest property ("Property") continues to be actively marketed. Recent marketing efforts include:

Property was prominently featured on Netflix hit show "Selling Sunset" including full property tour of house, view and grounds.
Dozens of individual showings for brokers and potential buyers.
Sunday open houses held most weekend except holiday weekends.
Extensive promotion of property through social media.
Direct promotion to large network of realtors and brokers in and out of Los Angeles.
Twp page prominent advertisement in broker CARAVAN magazine.
Continued to post the listing to hundreds of Coldwell Banker Realty partner websites.
Continued to promote the listing to network of fellow REALTORS® during weekly sales meetings.
Property prominently posted on ColdwellBankerHomes.com and ColdwellBanker.com.
Distributed glossy property brochure including during property tours and open houses.
Property specific website well-positioned on partner websites.
Specially created 30-second YouTube Advertisement, which received an estimated 3,800 views from a targeted audience of potential home buyers, which remains on Coldwell Banker's YouTube channel.
Created video of property for Zillow website, enhancing position on Zillow search engine.
Purchase price was reduced to $4,600,000, which was promoted widely through personal contacts, Coldwell Banker email blasts and other efforts.

<u>TOUR AND RECENT SALE OF COMPARABLE PROPERTIES</u>

On Wednesday August 24, 2024, J.  Michael Issa, the Receiver, Bill Reid, the lender, and Gene Bush, the listing agent, toured four homes located near 2538 Carman Crest which are direct comparables and like the Property in the Outpost Estates section of the Holly wood Hills. The address, property information and days on market (DOM), as of November 10, 2024, for each are:

7038 Los Tilos Road- $4,995,000
DOM- 116
5 Beds, 6 Baths, 4618 sq. ft.
Priced at $1,082 per sq. ft.

2003 El Cerrito Place- $4,995,000
DOM-108
5 Bed, 6 Baths, 4,207 sq. ft.
Priced at $1,187 per sq. ft.

7044 Los Tilos Road- $5,745.000
DOM- 149
4 Bed, 4 Baths, 4311 sq. ft.
Priced at $1,332 per sq. ft.

1919 Outpost Drive- Sold for $4,302.500
DOM-18 until escrow opened, since then sale closed
6 Bed, 5 Baths, 5,000 sq. ft.
Sold at $865 per sq. ft.

The only one of these four properties which sold since the August 24, 2024 visit is the last one on the list, which is the only one priced under $1,000 a square foot. The other three homes remain on the market, which reflects that homes in Outpost Estates recently priced at or above $1,000 a square foot are lingering on the market, with some exceptions if the property has some extraordinary features.

STATUS OF SALE EFFORTS

As indicated in the prior report, Outpost Estate is a residential neighborhood of single-family homes, most built in the last quarter of the 20th century. Home styles and sizes vary. The Property is approximately 3,785 square feet, according to city records. It has 3 bedrooms, 4 bathrooms and is on 3 floors. It was built in 2020 and is in good condition. It is fully furnished with very modern furniture and art, largely in a black and white motif. The outdoor space has multiple tiers including a small pool and appealing views.

It is unusual in Outpost Estates and the Hollywood Hills generally for a home of this size to have only three bedrooms.

On a macro level, home mortgage rates continue to rise, despite the fed having cut interest rates. See *New York Times "If the Fed Is Cutting Rates, Why are Mortgage Rates Rising,*" November 7, 2024. At the same time, the number of homes for sale in the Los Angeles area as a whole and in particular in the Hollywood Hills is growing, giving buyers more choices and leverage.

Looking specifically at the current comp report for the Property, the average sale price in the area is $3,820,000 and the property is priced at $4,600,000. The average price per square foot of the comparable sales is $1,041, and the Property is priced at $1215 per sq. ft. The home no longer is considered a new build, now that it is four years old. For many home buyers, such as those with young children, the multi-level structure of the home is not appealing. Most people looking for homes priced in this range seek more than 3 bedrooms.

2
**028**

All of these factors considered together are the reasons the Property has not yet sold. Still, now that the election is complete and stock markets are rising, we expect increased interest and focus on homebuying.

**DECLARATION OF SERVICE**

I, Lewis R. Landau, the undersigned, do declare:

1.      I am a citizen of the United States, over the age of eighteen (18) years and not a party to the within action.  My business address is 22287 Mulholland Hwy., # 318, Calabasas, CA 91302.

2.      On the 27th day of November, 2024, I served the following documents: **QUARTERLY REPORT OF RECEIVER AND DECLARATION OF J. MICHAEL ISSA IN SUPPORT THEREOF; EXHIBITS IN SUPPORT** on the interested parties in this matter in the following manner:

3.      <u>Service by NEF</u>.  I declare that I caused a notice of electronic filing to be served by the Court's Electronic Case Filing system, to the following individual(s) at their ECF registered email address:

Steven Alan Fink      sfink@stevefinklaw.com

Lewis Raymond Landau     lew@landaunet.com

4.      <u>Service by Email</u>.  I declare that I emailed a copy of the foregoing document to: J. Michael Issa at missa@brileyfin.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED THIS 27TH DAY OF NOVEMBER, 2024, AT LOS ANGELES, CALIFORNIA.


*s/ Lewis R. Landau*
Lewis R. Landau
Lew@Landaunet.com