# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| 54 DYER LP, a Colorado Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>ADAM AMBRUSO, Individually; ADAM AMBRUSO, as Trustee of the ADAM AMBRUSO REVOCABLE LIVING TRUST; ODIN GROUP, LLC; and DOES 1- 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-09306- MWC-SK<br><br>**JUDGMENT**<br><br>**JS-6** |

Pursuant to the Court's Orders dated June 6, 2025 (Dkt. 122) and July 31, 2025 (Dkt. 124), the Court having granted Plaintiff 54 Dyer LLP's Motion for Default Judgment in part, and having found that Plaintiff is entitled to judgment on its claims for **(1) breach of contract**, **(2) fraudulent inducement**, and **(3) breach of fiduciary duty**, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. Judgment is entered in favor of Plaintiff 54 Dyer LLP and against Defendants Adam Ambruso, both individually and as trustee of the Adam Ambruso Revocable Living Trust, and against Odin Group LLC, jointly and severally, as follows:

- **Principal damages**:
  $14,212,183.42
- **Pre-judgment interest from November 30, 2021 to March 18, 2025 (10% per annum)**:
  $4,691,968.75
- **Credit for net proceeds from receiver's sale of property received on March 18, 2025**:
  ($3,668,696.34)
- **Pre-judgment interest from March 19, 2025 to June 6, 2025 on $10,544,000 (10% per annum)**:
  $213,779.74 (79 days, at 10% per annum rate, for per diem of $2,888.77)
- **Pre-judgment interest from June 7, 2025 to August 11, 2025 on $10,544,000 (10% per annum)**:
  $187,770.05 (65 days, at 10% per annum rate, for per diem of $2,888.77)
- **Additional damages for rent diversion**:
  $315,000 (per Dkt. 124)
- **Pre-judgment interest from October 31, 2021 to June 6, 2025 on $315,000 (7% per annum):**

$79,378.74 (1,314 days, at California legal rate of 7%, for per diem of $60.41)

- **Pre-judgment interest from June 7, 2025 to August 11, 2025 on $315,000 (7% per annum):**

$3,926.65 (65 days, at the California legal rate of 7%, for per diem of $60.41)

- **Attorney's fees (per Local Rule 55-3):**

$312,584.71

- **Costs:**

To be taxed post-judgment pursuant to Local Rule 54-3.

2. **Total Judgment Award in favor of Plaintiff and against Defendants, jointly and severally, on Claims for breach of contract, fraud and breach of fiduciary duty:**

$16,347,895.70 (this amount includes all pre-judgment per diem interest detailed above through August 11, 2025; Defendants must still pay taxable costs to be determined)

3. **Post-Judgment Interest:**

This judgment shall bear interest at the legal rate pursuant to 28 U.S.C. § 1961 from the date of entry until paid in full.

IT IS SO ORDERED.

Dated: August 11, 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE